MINOR OFFENSE OF RESTRICTION BREAKING DESCRIBED UNDER ARTICLE 134, UCMJ, AND THE RECORD DOES NOT REFLECT APPELLANT'S UNDERSTANDING THAT THE ORDER IMPOSING RESTRICTION WAS ISSUED WITH THE FULL AUTHORITY OF HIS COMMANDER'S OFFICE TO LIFT THE DUTY "ABOVE THE COMMON RUCK."

No briefs will be filed under Rule 25.

No. 14–0707/AR.  U.S. v. Cortland A. Reid.  CCA 20130671. (See also APPEALS—SUMMARY DISPOSITIONS this date.)

No. 13–7001/AR.  U.S. v. Hasan K. Akbar.  CCA 20050514.  On consideration of the motion filed by Major Jacob D. Bashore for leave to withdraw as appellate defense counsel, and the motion to deny the motion to withdraw as appellate defense counsel, which this Court construes as an answer to said motion to withdraw as appellate defense counsel, it is ordered that said motion to withdraw as appellate defense counsel is hereby denied without prejudice to re-filing after oral argument or until Appellant declines to waive any appearance of conflict based on counsel's reassignment, which waiver should be sought immediately and submitted to the Court no later than September 15, 2014.